**SO ORDERED.**

**SIGNED this 22 day of November, 2021.**



_____
**Austin E. Carter
United States Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| APRIL KING ANTHONY, | | |
| Debtor | : | CASE NO. 20-51656-AEC |
| | : | |
| WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE OF CIM 2020-R4., | | |
| Movant | : | |
| v. | : | |
| APRIL KING ANTHONY, | : | |
| Respondent | : | |

<u>ORDER ON MOTION FOR RELIEF FROM STAY</u>

The above styled Motion having been set down for a hearing before this Court on the 10th day of November 2021, upon Notice of Assignment of Hearing to each of the above-captioned parties in interest:

IT IS HEREBY ORDERED AND ADJUDGED, that the 11 U.S.C. Section 362(a) stay regarding any and all creditor action is not in effect as to Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as owner Trustee of CIM 2020-R4, Movant herein, its successors and assigns, regarding the real property known as 1229 Bullard, Jeffersonville, GA 31044 and premises of the Debtor described in the Deed to Secured Debt.

FURTHER ORDERED that Movant, its successors and assigns, be allowed to proceed as the holder of the Deed to Secure Debt designated in this case, to assert its rights, including, but not limited to, the institution of foreclosure proceedings, by advertising for foreclosure sale pursuant to the Power of Sale provision contained in the Deed to Secure Debt, and to assert any or all of its respective rights under Georgia law, as to its collateral.

FURTHER ORDERED, upon entry of an Order confirming that there is no automatic stay in effect and the subsequent foreclosure of the subject property, the Movant herein shall be authorized to file an unsecured claim for any deficiency balance remaining.

FURTHER ORDERED, that Movant and Trustee hereby relieved from the requirements pursuant to Federal rule of Bankruptcy Procedure 3002.1 upon entry of an Order confirming that there is no automatic stay of §362 in effect.

FURTHER ORDERED, the Movant is hereby relieved from the requirements pursuant to Federal Rule of Bankruptcy Procedure 4001(a)(3) and this Order shall be effective upon the entry thereof.

END OF DOCUMENT

PREPARED AND PRESENTED BY:

/s/ Josephine E. Salmon
ALDRIDGE PITE, LLP
BY JOSEPHINE E. SALMON, Bar No. 945934
Attorney for Movant
Fifteen Piedmont Center
3575 Piedmont Road, N.E., Suite 500
Atlanta, GA 30305
Telephone: (404) 994-7400
Email: jsalmon@aldridgepite.com